

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2014

No. 04-13-00831-CR

Douglas O'Neil **BARNES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR13-001
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On March 18, 2014, appellant's court-appointed counsel filed a brief and a first amended motion to withdraw in accordance with *Anders v. California*, 386 U.S. 738 (1967). On March 21, 2014, we issued an order advising appellant of his right to file his own brief and giving appellant forty-five (45) days from the date of our order to file any pro se brief. Appellant did not file a pro se brief within the time provided. This appeal was therefore ready to be submitted to the court.

However, on June 25, 2014, before this appeal was set for submission, the Texas Court of Criminal Appeals instructed that court-appointed counsel who files an *Anders* brief must "take concrete measures to initiate and facilitate the process of actuating his client's right to review the appellate record, if that is what his client wishes." *Kelly v. State*, No. 0702-13, 2014 WL 2865901, at *3 (Tex. Crim. App. 2014). The Court of Criminal Appeals further instructed that when an appellant files a motion for access to the appellate record, the court of appeals must specify the procedure for an appellant to obtain the record in that particular case. *Id*., at *4.

On July 3, 2014, we issued an order advising appellant that if he desired to exercise his right to appeal, he was required to file a written request for access to the record by July 17, 2014. However, our July 3, 2014 order was not deliverable as addressed and was returned to the clerk of the court. **Because our initial order was returned, we are issuing this order extending appellant's time to file a written request for access to the record.**

**Appellant is therefore advised that if he desires to exercise his right to review the appellate record, he must file a written request for access to the record with this court by August 11, 2013.** Any such request must reference this appeal and be mailed to:

Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas 78232

If appellant timely requests access to the record, the deadline to file appellant's pro se brief will be reset. Otherwise, this case will be set for submission to the court.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2014.

Keith E. Hottle
Clerk of Court